KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:02/02/2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
PAMELA L WONG

CASE NO: BKS-09-33392-BAM

CHAPTER 13

Hearing Date:  March 11, 2010
Hearing Time:  1:30 pm

HAINES & KRIEGER L.L.C.
Attorney for the Debtor

### TRUSTEE'S OPPOSITION TO CONFIRMATION OF PLAN 1
### COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 12/14/2009. The 341(a) Meeting of Creditors held on February 02, 2010 at 9:00 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) failed to commence Plan payments  [11USC § 1326 (a) (1)]

- Debtor(s) are delinquent in Plan payments

- Debtor failed to file tax returns for tax years 2007 and 2008.  [11 USC § 1308(a) and § 1307(e)]

- The Debtor(s) has failed to cooperate with the Trustee [11 USC § 521(a)(3)] as the following documents were not provid

    - All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.  Specifically, tax years 2005, 2007 - 2008

    • Bank Statements for the following periods: TOWN & COUNTRY #1118: 11/12 - 12/14/09; TOWN & COUNTRY #0594: 10/1 - 12/14/09.
    • Verification of ARIZONA PROPERTY MORTGAGE HOLDER.
    • Statement of Financial Affairs:  #18: LIST TAX PAYER ID ON CUSTOM INTERIERS AND ALL OTHER BUSINESSES .
    • Amendment to Schedule F. Creditors Holding Unsecured Nonpriority Claims:  LIST AMOUNTS AND FULL DESCRIPTIONS ON ALL CLAIMS.

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $150.00.

Dated: 02/02/2010

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee